UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN ERIC THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01952-JPH-TAB |
| | ) | |
| QUARRIER, | ) | |
| KATHLEEN M. SIMONE, | ) | |
| NANCY EVETTE SPURGIN, | ) | |
| S. EDMONDS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER RECONSIDERING AND RESCINDING *IN FORMA PAUPERIS* STATUS
AND DIRECTING DISMISSAL OF ACTION**

Plaintiff John Eric Thomas is an inmate at Pendleton Correctional Facility.
He brings this action alleging that his constitutional rights were violated when
he was subjected to excessive force in December 2021. Mr. Thomas has not paid
the $402.00 filing fee in this action and instead moved for leave to proceed *in
forma pauperis.* Dkt. 2. That motion was granted in error.

John Eric Thomas has on three or more occasions had an action or appeal
in a court of the United States dismissed on the grounds that it was frivolous,
malicious or failed to state a claim upon which relief could be granted. Mr.
Thomas has been informed that he has "struck out" under 28 U.S.C. § 1915 and
cannot proceed *in forma pauperis* unless he is in imminent danger of physical
injury. *See e.g., Indiana Protection and Advocacy Services, et al., v. Commissioner
of Indiana Department of Correction,* No. 14-2455 at dkt. 19 (7th Cir. November
19, 2014) (finding appellant John Eric Thomas is not permitted to proceed in

1

forma pauperis under § 1915(g)); *Thomas v. Kolhouse*, No. 12-3442 (7th Cir. Feb. 6, 2014) (same). Mr. Thomas's current complaint is based on allegations that he was subjected to excessive force in December 2021. It includes no allegations suggesting that he is in imminent danger of physical injury. Thus, he cannot proceed *in forma pauperis* in this suit.

In addition, Mr. Thomas did not notify the Court in his motion for leave to proceed *in forma pauperis* that he had struck out. *See* dkt. 2. As Mr. Thomas has already been informed, *see Thomas*, No. 2:10-cv-154-JMS-DML, dkt. 4 (S.D. Ind. June 16, 2010), this failure leads to the immediate termination of this action. *See Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999) ("An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge has held that § 1915(g) applies to a particular litigant will lead to immediate termination of the suit.").

Accordingly, Mr. Thomas's motion to *in forma pauperis* status is rescinded and this action is **dismissed** with prejudice.

Mr. Thomas's pending motions including his motions to impanel criminal grand jury proceedings, dkts. [5], [6], [8], [11], motion to subpoena witnesses, dkt. [13], motions for criminal investigation, dkts. [15], [16], [17], and motion to appoint counsel, dkts. [18] and [19], are all **denied as moot** given the dismissal of this action.

Judgment consistent with this Order shall now issue.

**SO ORDERED.**

Date: 4/8/2024

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JOHN ERIC THOMAS
137153
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064